**Gregory G. Garre**
Direct Dial: +1.202.637.2207
gregory.garre@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES
Austin
Beijing
Boston
Brussels
Chicago
Dubai
Düsseldorf
Frankfurt
Hamburg
Hong Kong
Houston
London
Los Angeles
Madrid
Milan
Munich
New York
Orange County
Paris
Riyadh
San Diego
San Francisco
Seoul
Silicon Valley
Singapore
Tel Aviv
Tokyo
Washington, D.C.

July 13, 2026

**VIA CM/ECF**

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
Elbert P. Tuttle Courthouse
56 Forsyth Street, N.W.
Atlanta, GA 30303

Re: *Benavides v. Tesla, Inc.*, No. 26-10858

Dear Mr. Smith:

We represent *amici curiae* the Chamber of Commerce of the United States of America, the American Tort Reform Association, the American Property Casualty Insurance Association, and NetChoice. The *amicus curiae* brief that we filed on July 9, 2026 on behalf of these organizations represented that "[a]ll parties consent to the filing of this brief." Doc. 48 at 1 n.1. After the brief was filed, we learned that, because of an oversight, we had not timely sought the consent of appellees. At that point, we sought such consent. On July 10, 2026, counsel for appellees kindly indicated that they consent to the filing of this brief.

We regret this oversight.

Respectfully submitted,

/s/ *Gregory G. Garre*
Gregory G. Garre
of LATHAM & WATKINS LLP

cc: Counsel of record via CM/ECF